# RICHARD M. GUTIERREZ

ATTORNEY AT LAW
118-35 QUEENS BOULEVARD
FOREST HILLS, NEW YORK 11375
SUITE 1500
TELEPHONE   (718) 520-0663
FAX          (718) 520-8306
E-Mail: richlaw101@aol.com
Website: www.richardgutierrezlaw.com

August 30, 2018

**BY ECF**

Honorable Sandra J. Feuerstein
United States District Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

           Re:    **Bersack v. Nassau County, et al.**
                    **17-cv-00622 (SJF)(ARL)**

Your Honor:

     I represent plaintiff in the above-referenced matter. I write, with defendants' consent, to request an extension of time to file opposition to defendants motion for summary judgement.

     I am requesting this adjournment because I have not been able to meet with the plaintiff to discuss the factual basis needed to prepare opposition. I will be meeting my client this weekend to discuss the same.

     I have consulted with the defendant's counsel regarding her schedule, and if your Honor grants this request, the parties respectfully request the plaintiffs reply be extended to Tuesday, September 18, 2018 and defendant's reply scheduled for September 4, 2018 be extended to October 3, 2018, or any other date convenient to the court.

     Thank you for your consideration of this request.

                                              Respectfully,

                                              Richard M. Gutierrez

To:   County of Nassau
       Office of County Attorney
       One West Street
       Mineola, NY 11501
       Attn: Liora Ben-Sorek, Deputy County Attorney